UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:19-cr-0086-SDN |
| | ) | |
| RONALD TILLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Ronald Tilley is serving a three-year term of supervised release following a 52-month term of imprisonment for bank robbery. He began his term of supervised release on November 22, 2022, and he is set to complete his supervision on November 21, 2025, just over three months from today. On July 15, 2025, Mr. Tilley moved for early termination of supervised release. *See* ECF No. 144.

While on supervision, Mr. Tilley successfully completed intensive outpatient treatment. He currently is in individual substance use disorder treatment—which he plans to continue after completing his term of supervision. Mr. Tilley's completion of outpatient treatment and substance use disorder treatment are no small feats, and he is to be commended for his success. Further, Mr. Tilley has not tested positive for any illegal substances since March 4, 2024. He is committed to bettering himself.

On August 16, 2024, Mr. Tilley pled guilty to a criminal charge for operating a vehicle while under the influence, *see* 29-A M.R.S.A. § 2411, in Maine state court that resulted in a $765.00 fine and 150-day suspension of his Maine driver's license. And while the time since this violation occurred exceeds the one-year period from his current

motion, the resolution of his case by way of his plea does not. Further, Mr. Tilley still owes a substantial portion of his restitution obligation from the underlying conviction.

Lastly, while Mr. Tilley expressed his desire to relocate to a warmer state before his supervision terminates in November, the United States Probation Office has explained that it will work with Mr. Tilley to assist him in his long-term transition—starting before expiration of his supervised release. For these reasons, while the Court wants to congratulate Mr. Tilley and acknowledge his apparent hard work and dedication to his sobriety, because these last few months of supervision will be beneficial to Mr. Tilley's continued progress and used to "fulfill his rehabilitative ends," *United States v. Johnson*, 529 U.S. 53, 59 (2000), Mr. Tilley's motion for early termination of supervised release is **DENIED**.

**SO ORDERED.**

Dated this 14th day of August, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**